IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALEY PAIGE MCCAY, On Behalf of Herself and All Others Similarly Situated, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) ) |
| ANZIE BLUE, LLC | ) ) ) |
| *Defendant*. | ) |

COLLECTIVE ACTION

CASE NO. 3:21-cv-00078

JUDGE ALETA A. TRAUGER

JURY DEMAND

## JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Named Plaintiff Haley Paige McCay, on behalf of herself and the Opt-In Plaintiffs in this collective action (collectively "Plaintiffs"), in this Fair Labor Standards Act ("FLSA") collective action, proceeding pursuant to 29 U.S.C. § 216(b), and Defendant Anzie Blue, LLC give notice to the Court that the Parties have agreed to resolve this matter and submit this motion for approval of the parties' Settlement Agreement (attached as Exhibit 1) and dismissal of this case with prejudice.

Plaintiffs respectfully request that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. Defendant provided the necessary information regarding employee tips to equip the Parties to negotiate a resolution of Plaintiffs' claims. The parties then engaged in arm's-length negotiations ultimately resulting in an agreement on all material terms. The Parties' Settlement Agreement includes: an amount to be paid to each of the Plaintiffs that represents the full value of unpaid tips and liquidated damages they could have received had this case been litigated to judgment; an amount as payment for Plaintiffs' attorneys' fees, costs, and expenses that is a reduction of the fees actually incurred;

1

and a release of the Plaintiffs' wage and hour claims. Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable.

Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, the Parties further requests that the Court dismiss this action with prejudice.

In support of this Motion, the Parties have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement. For the foregoing reasons and the reasons in their supporting memorandum, the Parties respectfully request that the settlement be approved.

Dated: August 27, 2021            Respectfully Submitted,

/s/ Joshua A. Frank
**JOSHUA A. FRANK (No. 33294)**
**DAVID W. GARRISON (No. 24968)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jfrank@barrettjohnston.com

*Attorneys for Plaintiff*

/s/ Gary R. Clark (with permission by JAF)
**Gary R. Clark**
QUARLES & BRADY
300 N LaSalle Street
Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5040
Facsimile: (312) 715-5155
gary.clark@quarles.com

**Gregory H. Oakley**
OAKLEY LAW PLLC
104 Woodmont Boulevard
Suite 201

2

Nashville, TN 37205
Telephone: (615) 209-9814
Facsimile: (615) 866-3675
goakley@oakley-law.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of *Joint Motion for Approval of The Parties' Settlement Agreement and Dismissal with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and will be served via the Court's ECF system on the following counsel for Defendant as listed below on August 27, 2021:

**Gary R. Clark**
QUARLES & BRADY
300 N LaSalle Street
Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5040
Facsimile: (312) 715-5155
gary.clark@quarles.com

**Gregory H. Oakley**
OAKLEY LAW PLLC
104 Woodmont Boulevard
Suite 201
Nashville, TN 37205
Telephone: (615) 209-9814
Facsimile: (615) 866-3675
goakley@oakley-law.com

*Attorney for Defendant*

/s/ Joshua A. Frank
JOSHUA A. FRANK
**BARRETT JOHNSTON
   MARTIN & GARRISON, LLC**