IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **HALEY PAIGE MCCAY, On Behalf of Herself and All Others Similarly Situated,** ) ) ) | |
| *Plaintiff*, ) ) | **COLLECTIVE ACTION** |
| | **CASE NO. 3:21-cv-00078** |
| **v.** ) ) | |
| | **JUDGE ALETA A. TRAUGER** |
| **ANZIE BLUE, LLC** ) ) | **JURY DEMAND** |
| *Defendant*. ) | |

**JOINT MOTION FOR APPROVAL OF THE PARTIES'
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Named Plaintiff Haley Paige McCay, on behalf of herself and the Opt-In Plaintiffs in this collective action (collectively "Plaintiffs"), in this Fair Labor Standards Act ("FLSA") collective action, proceeding pursuant to 29 U.S.C. § 216(b), and Defendant Anzie Blue, LLC give notice to the Court that the Parties have agreed to resolve this matter and submit this motion for approval of the parties' Settlement Agreement (attached as Exhibit 1) and dismissal of this case with prejudice.

Plaintiffs respectfully request that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. Defendant provided the necessary information regarding employee tips to equip the Parties to negotiate a resolution of Plaintiffs' claims. The parties then engaged in arm's-length negotiations ultimately resulting in an agreement on all material terms. The Parties' Settlement Agreement includes: an amount to be paid to each of the Plaintiffs that represents the full value of unpaid tips and liquidated damages they could have received had this case been litigated to judgment; an amount as payment for Plaintiffs' attorneys' fees, costs, and expenses that is a reduction of the fees actually incurred;