IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALEY PAIGE MCCAY, On Behalf of Herself and All Others Similarly Situated, ) ) ) | |
| *Plaintiff*, ) ) | COLLECTIVE ACTION |
| v. ) ) | CASE NO. 3:21-cv-00078 |
| ANZIE BLUE, LLC ) ) | JUDGE ALETA A. TRAUGER |
| *Defendants*. ) ) | JURY DEMAND |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on the Parties' Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice. For good cause shown, the Parties' Joint Motion is GRANTED. The Court herby:

1. APPROVES the parties' settlement as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act and declares it binding on Defendant Anzie Blue, LLC, Plaintiff Haley Paige McCay and the individuals that have filed consents and opted-in to this 29 U.S.C. §216(b) collective action: Savannah Coble, Graham Watts, Grace Jensen, Ashley Eppert, Kerrick Crace, Antonicka Starnes and Carolyn Reynolds; and

2. Dismisses the claims of Plaintiff and the opt-in plaintiffs with prejudice and without the assessment of costs or attorneys' fees, except as provided in the settlement agreement.

It is so ORDERED.

Entered this __7th__ day of __September__, 2021.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE